- 1 -

Christopher B. Dolan (SBN 165358)
Aimee Kirby (SBN 216909)
DOLAN LAW FIRM PC
1438 Market St.
San Francisco, CA 94102
Telephone:  415.421.2800
Facsimile:  415.421.2830

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEICO MARINE INSURANCE CO., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM THEURIET, <br><br> Defendant. <br><br> WILLIAM THEURIET, <br><br> Counterclaim Plaintiff, <br><br> vs. <br><br> GEICOE MARINE INSURANCE CO., <br><br> Counterclaim Defendant | CASE NO.  4:20-cv-01910-SBA <br><br> **DOLAN LAW FIRM P.C.'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF WILLIAM THEURIET** <br><br> Date:  August 12, 2020 <br> Time: 2:00 p.m. <br> Judge: The Hon. Saundra Brown Armstrong |

- 1 -
**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND COUNTER CLAIM PLAINTIFF**

## NOTICE OF MOTION

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on August 12, 2020, or as soon thereafter as the matter may be heard before the Honorable Saundra Brown Armstrong, United States District Judge, 1301 Clay St., Oakland, California, Christopher B. Dolan and Aimee Kirby of Dolan Law Firm, P.C., 1438 Market Street, San Francisco, CA 94102, shall and hereby do respectfully seek leave of this Court, pursuant to Local R. 11-5(a) and in compliance with Cal. R. Prof. Conduct 3-700, to withdraw as counsel for Defendant and Counterclaim Plaintiff William Theuriet.

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF WILLIAM THEURIET

Pursuant to Local R. 11-5, Christopher B. Dolan and Aimee Kirby of Dolan Law Firm, P.C. ("Movants") hereby notify the parties and the Court of their intent to withdraw as counsel for Defendant and Counterclaim Plaintiff William Theuriet ("Theuriet"). Movants state the following grounds for this notice and motion:

1. Movants do not at this time represent Theuriet in this matter, nor have Movants represented Theuriet in this matter previously.

2. Movants filed a stipulation and answer for Theuriet as a courtesy to aid him with the electronic filing process, however, Movants did not intend to appear as counsel of record in this matter. Theuriet is representing himself in this matter at this time.

3. Movants' withdrawal will not cause prejudice or delay in this case. No parties will require any additional time to review or acclimate to the absence of Movants as counsel.

4. Given the insubstantial nature of this Motion, Movants respectfully request that the Court waive oral argument.

///

///

THEREFORE, Movants Christopher B. Dolan and Aimee Kirby of Dolan Law Firm, P.C. respectfully request that this Court waive oral argument on this Motion, grant them leave to withdraw as counsel in the above-captioned matter, and enter an order stating that Movants have so withdrawn.

Dated: July 17, 2020                                  DOLAN LAW FIRM, PC


                                                      By    /s/
                                                          CHRISTOPHER B. DOLAN

///