Christopher B. Dolan (SBN 165358)
Aimee Kirby (SBN 216909)
DOLAN LAW FIRM PC
1438 Market St.
San Francisco, CA 94102
Telephone:  415.421.2800
Facsimile:  415.421.2830

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEICO MARINE INSURANCE CO.,<br><br>           Plaintiff,<br><br>  vs.<br><br>WILLIAM THEURIET,<br><br>         Defendant.<br><hr>WILLIAM THEURIET,<br><br>         Counterclaim Plaintiff,<br><br>  vs.<br><br>GEICOE MARINE INSURANCE CO.,<br><br>         Counterclaim Defendant | CASE NO.  4:20-cv-01910-SBA<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF WILLIAM THEURIET**<br><br>Date: August 12, 2020<br>Time: 2:00 p.m.<br>Judge: The Hon. Saundra Brown Armstrong |

Christopher B. Dolan and Aimee Kirby of Dolan Law Firm, P.C., 1438 Market Street, San Francisco, CA 94102, seek to withdraw as counsel for Defendant and Counterclaim Plaintiff in the above-captioned litigation pursuant to Local R. 11-5(a) and in compliance with Cal. R. Prof. Conduct 3-700.  As this Court finds that Dolan Law Firm, P.C. has submitted satisfactory reasoning for withdrawal, and that the granting of this Motion will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDERED that Christopher B. Dolan and Aimee Kirby of Dolan Law Firm, P.C.'s Motion to Withdraw as Counsel for Defendant and Counterclaim Plaintiff is GRANTED, and Christopher B. Dolan and Aimee Kirby of Dolan Law Firm, P.C. are hereby terminated as counsel in this proceeding.

DATE: _____          By:_____
                                                        Hon. Saundra Brown Armstrong
                                                        United States District Court