1  Christopher B. Dolan (SBN 165358)
   Aimee Kirby (SBN 216909)
2  DOLAN LAW FIRM PC
   1438 Market St.
3  San Francisco, CA 94102
   Telephone:  415.421.2800
4  Facsimile:  415.421.2830

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEICO MARINE INSURANCE CO.,<br><br>                Plaintiff,<br><br>    vs.<br><br>WILLIAM THEURIET,<br><br>                Defendant. | CASE NO.  4:20-cv-01910-SBA<br><br>**PROOF OF SERVICE**<br><br>Date: August 12, 2020<br>Time: 2:00 p.m.<br>Judge: The Hon. Saundra Brown Armstrong |
| WILLIAM THEURIET,<br><br>                Counterclaim Plaintiff,<br><br>    vs.<br><br>GEICOE MARINE INSURANCE CO.,<br><br>                Counterclaim Defendant | |

- 1 -

**PROOF OF SERVICE**

# PROOF OF SERVICE
*Geico Marine Insurance Co. v. William Theuriet*
Northern District of California Case No. 4:20-cv-01910-SBA

I, Miriam K. Bernardino, declare that:

I am employed in the County of San Francisco, State of California. I am over the age of 18, and am not a party to this action. My business address is 1438 Market Street, San Francisco, California 94102. I am familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service and that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course business. On July 17, 2020, I served:

**1. DOLAN LAW FIRM P.C.'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF WILLIAM THEURIET, and**
**2. [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF WILLIAM THEURIET**

in said cause addressed as follows:

Erik M. Kowalewsky, Esq.
Alena A. Eckhardt, Esq.
KENNEDYS CMK LLP
One California St., 18th Floor
San Francisco, CA 94111
T: (415) 362-6000
F: (415) 834-9070
E: erik.kowalewsky@kennedyslaw.com
E: alena.eckhardt@kennedyslaw.com
**ATTORNEYS FOR PLAINTIFF GEICO MARINE INSURANCE COMPANY**

/ /   **(BY MAIL)** By placing a true copy thereof enclosed in a sealed envelope. I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at San Francisco, California, following ordinary business practices.

/XX/  **(BY ELECTRONIC MAIL)** I caused the said document to be transmitted to the e-mail address(es) of the addressee(s) designated.

/XX/  (**FEDERAL**) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 17, 2020, at San Francisco, California.

\_\_\_\_/s/_____
Miriam K. Bernardino

//